UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY HOUSING AUTHORITY
and ZORIA HOUSING LLC,

      Plaintiffs,

– against –

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

      Defendants.

**ORDER**

20 Civ. 10815 (ER)

Ramos, D.J.:

  Plaintiffs filed this action on December 22, 2020.  No certificate of service has been filed, and there has been no other activity in this case.  Plaintiffs are directed to submit a status report by no later than April 19, 2021.  Failure to comply could result in sanctions including dismissal for failure to prosecute pursuant to F.R.C.P. 41(b).

  It is SO ORDERED.

Dated: April 5, 2021
    New York, New York

                    Edgardo Ramos, U.S.D.J.