# MELITO & ADOLFSEN P.C.

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| LOUIS G. ADOLFSEN ∆<br>IGNATIUS JOHN MELITO<br>JOHN H. SOMOZA | STEVEN I. LEWBEL *<br>ROBERT D. ELY<br>MICHAEL F. PANAYOTOU<br>PANTELIS D GALLIS | **WOOLWORTH BUILDING**<br>**233 BROADWAY, STE. 2070**<br>**NEW YORK, N.Y. 10279-0118** |
| | S. DWIGHT STEPHENS ° ∆<br>RANIA SHOUKIER<br>*OF COUNSEL* | TELEPHONE (212) 238-8900<br>FAX (212) 238-8999 |

**MELITO & ADOLFSEN**
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, N.J. 07311
TEL (201) 985-0011
FAX (201) 985-9656

* NJ BAR
° CT BAR
∆ DC BAR

**MEMO ENDORSED**

December 6, 2022

**VIA CM/ECF**
Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The Parties' request for an extension, until January 31, 2023, to file the discontinuance without prejudice is granted. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: December 6, 2022
> New York, New York

        Re:  *New York City Housing Authority et al. v. Southwest Marine and General Insurance Company*
               Civ. Action No.:    20-cv-10815(ER)
               Our File No.:       1980/45

Dear Judge Ramos:

      Our office represents defendant Southwest Marine and General Insurance Company ("Southwest Marine") and, jointly with plaintiffs, writes to the Court to provide a status update. The defense cost reimbursement proceeds have been requested internally and are expected to process in the near-term. The parties intend to file a discontinuance without prejudice shortly thereafter. Due to the upcoming holidays, the parties respectfully request until January 31, 2023 to file the discontinuance without prejudice. We thank the Court for the consideration of this request.

                                           Respectfully Submitted,

                                           Michael F. Panayotou

Cc:    *All Counsel of Record, via ECF*